[No. 1740.]

IN THE MATTER OF A. J. MAESTRETTI, FOR CONTEMPT.

PROCEEDINGS to punish A. J. Maestretti for contempt of court. **Dismissed.**

PER CURIAM:

The facts upon which this proceeding is based are stated in the opinions in the proceedings against Peter Breen (30 Nev. 164), and respondent herein for disbarment filed this day (30 Nev. 187). In view of the latter opinion, this contempt proceeding against respondent is dismissed.